IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 11-149 |
| | ) |
| 2007 GMC YUKON, | ) |
| VIN 1GKFK16327J272098 | ) |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 13 day of May, 2011, it is hereby

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is APPROVED,
and that this civil action is stayed until the conclusion of the criminal case, including without
limitation, (1) the duty of Timothy Johnson to file a claim and answer in the event that he wishes to
contest this action; and (2) the duty of the United States to serve any other potential claimants. The
United States may advertise this action in accordance with federal forfeiture law. The United States
shall notify the Court upon conclusion of the criminal case.

It is further ORDERED that this case be administratively closed.

_____
United States District Court