IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 11-149 |
| 2007 GMC YUKON,<br>VIN 1GKFK16327J272098 | ) |
| Defendant. | ) |

### ORDER

AND NOW, this __21__ day of __Dec_____, 2012, it is hereby,

ORDERED, ADJUDGED and DECREED that the stay of this civil forfeiture action is hereby lifted.

_____
United States District Court Judge