IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, )
 )
 Plaintiff, )
 )
 v. ) Civil Action No. 11-149
 )
2007 GMC YUKON, )
VIN 1GKFK16327J272098 )
 )
 Defendant. )

O R D E R

AND NOW, this 21 day of Dec , 2012, it is hereby,

ORDERED, ADJUDGED and DECREED that the stay of this civil forfeiture action is hereby lifted.

_____
United States District Court Judge