IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 11-149 |
| 2007 GMC YUKON, VIN 1GKFK16327J272098 | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this _18TH_ day of _MARCH_, 2013, upon consideration of the United States' Motion for Judgment and Final Order of Forfeiture, it is hereby ORDERED that the motion is GRANTED and that the 2007 GMC Yukon, VIN 1GKFK16327J272098 is forfeited to the United States of America free and clear of all right, title and interest of any person or entity.

The Clerk shall mark this case closed.

_____
Chief United States District Court Judge